EVELYN M. LANE, Appellant, v. THE CITY OF NEW YORK, Respondent.—

In our opinion, the verdict of $1,500 was inadequate. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.